UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV -8  P 1:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| JOSEPH MAHER,<br><br>        Plaintiff<br><br>v.<br><br>GSI LUMONICS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Docket No. 03-10187-EFH<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT GSI LUMONICS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Local Rule 7.3 for the United States District Court for the District of Massachusetts, Defendant captioned as GSI Lumonics, Inc. ("GSI") provides the following corporate disclosure statement:

1. **Parent Corporations:** GSI does not have a parent corporation.

2. **Publicly Held Companies Owning Ten Percent (10%) or More of Stock:**

Sumitomo Heavy Industries, Ltd., a publicly traded company, owns ten percent (10%) of GSI's stock.

                                          Respectfully submitted,

                                          **GSI LUMONICS, INC.,**

                                          By its attorneys,

                                          _____
                                          Debra Dyleski-Najjar, BBO #366730
                                          Doreen M. Zankowski, BBO #558381
                                          HINCKLEY, ALLEN & SNYDER LLP
                                          28 State Street
                                          Boston, MA 02109

Dated: November 8, 2004             Phone: (617) 345-9000

#430209                                1

## CERTIFICATE OF SERVICE

  I, Debra Dyleski-Najjar, attorney for the Defendant in the above matter, hereby certify that on this 8th day of November, 2004, I caused a copy of the foregoing *Corporate Disclosure Statement* to be served upon **Martha M. Wishart, Esq. McKenzie & Associates, P.C., 44 School Street, Suite 1100, Boston, MA 02108**, via first-class mail, postage pre-paid.

               */s/ Debra Dyleski-Najjar*
               Debra Dyleski-Najjar