UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
JOSEPH MAHER,                 )
                              )
        Plaintiff             )
                              )
v.                            )   Docket No. 04CV-12367 EFH
                              )
GSI LUMONICS, INC.,           )
                              )
        Defendant.            )
_____)
```

### *ASSENTED-TO* MOTION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT GSI LUMONICS, INC., MAY FILE ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to F.R.C.P. 6(b) the Defendant GSI Lumonics, Inc., by and through its counsel, moves for a one week extension of time from **January 31, 2005**, up to and including **February 7, 2005** within which it may file a Motion for Summary Judgment. In support thereof, the Defendant states that due to weather related delays from the January blizzard, a short extension of time is needed.

No memorandum is required in support of this matter as it is procedural.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **JOSEPH MAHER,** | **GSI LUMONICS, INC.,** |
| By his attorneys, | By its attorneys, |
| /s/ Martha M. Wishart | /s/ Debra Dyleski-Najjar |
| _____ | _____ |
| Martha M. Wishart, BBO #556694 | Debra Dyleski-Najjar, BBO #366730 |
| McKenzie & Associates, P.C. | Doreen M. Zankowski, BBO #558381 |
| 44 School Street, Suite 1100 | HINCKLEY, ALLEN & SNYDER LLP |
| Boston, MA 02108 | 28 State Street |
| Phone: (617) 723-0400 | Boston, MA 02109 |
| | Phone: (617) 345-9000 |

Dated: January 25, 2005

515346