UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
JOSEPH MAHER,                  )
                                          )
        Plaintiff             )
                                          )
v.                                       )      Docket No. 04CV-12367-EFH
                                          )
GSI LUMONICS, INC.,            )
                                          )
        Defendant.          )
_____)


**INDEX OF EXHIBITS TO**
**DEFENDANT GSI'S MEMORANDUM OF LAW IN SUPPORT**
**OF ITS MOTION FOR SUMMARY JUDGEMENT**
*(DOCUMENTS TOO VOLUMINOUS TO ATTACH*
*WILL BE FILED UNDER SEPARATE COVER)*


**Tab A** - Transcript of Deposition of Joseph Maher, conducted on July 21, 2003 together with Exhibits:

    *Exhibit 5* – Memo dated September 13, 2002 entitled "Maher Termination"

    *Exhibit 7* – March 11, 2003 letter to Joseph Maher, enclosing payment for earned portion of 2002 incentive plan

    *Exhibit 9* – September 15, 2002 e-mail from Joseph Maher to Chuck Winston

    *Exhibit 10* – September 18, 2002 e-mail from Joseph Maher to Chuck Winston and Linda Palmer

    *Exhibit 11* – September 13, 2002 severance offer to Joseph Maher

#470693 v1                                          1

*Index of Exhibits*
*- Cont. -*

**Tab B** - Transcript of Deposition of Charles Winston, conducted on October 20, 2003 together with Exhibits:

    *Exhibit 7* – Performance Review of Joe Maher: May 2001 – May 2002

    *Exhibit 9* – September 7, 2002 e-mail from Chuck Winston to Linda Palmer

**Tab C** - Transcript of Deposition of Linda Palmer, conducted on October 24, 2003 together with Exhibits:

    *Exhibit 18* – E-mail string between Linda Palmer and Joseph Maher, dated September 30, 2002

**Tab D** - Affidavit of Linda Palmer.

**Tab E** - Document bates-numbered GSI 0340, e-mail from Joseph Maher, dated September 10, 2002.

**Tab F** - Document bates-numbered GSI 0050, letter from Eileen Casal, Vice President and General Counsel, GSI Lumonics, Inc., to Martha M. Wishart, Esq., Maher's counsel, dated October 16, 2002.

**Tab G** - Document bates-numbered GSI 0053-0054, e-mail string between Maher's counsel and Eileen Casal, dated November 8, 2002.

**Tab H** - Memorandum and Order in Maher I granting Summary Judgment in Favor of GSI dated April 9, 2004.

**Tab I** - Memorandum and Order of Dismissal in Maher I, Massachusetts Superior Court dated July 22, 2004.