UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
JOSEPH MAHER,                )
                                            )
          Plaintiff                  )
                                            )
v.                                       )          Docket No. 04CV-12367-EFH
                                            )
GSI LUMONICS, INC.,         )
                                            )
          Defendant.              )
_____)

**NOTICE OF APPEARANCE**

Please enter an appearance on behalf of Defendant GSI Lumonics, Inc. for the following attorneys:

    Doreen M. Zankowski, BBO #558381
    Brian E. Lewis, BBO #643717
    HINCKLEY ALLEN SNYDER LLP
    28 State Street
    Boston, MA  02109
    (617) 345-9000

                                            Respectfully submitted,
                                            **GSI LUMONICS, INC.,**
                                            By its attorneys,

                                             /s/ Brian E. Lewis_____
                                            Doreen M. Zankowski, BBO #558381
                                            Brian E. Lewis, BBO #643717
                                            HINCKLEY, ALLEN & SNYDER LLP
                                            28 State Street
                                            Boston, MA 02109
Dated: February 8, 2005              Phone: (617) 345-9000

## CERTIFICATE OF SERVICE

      I, Brian E. Lewis Esq., hereby certify that on the 8th day of February, 2005, I caused a copy of the foregoing to be served electronically, on Martha Wishart, Esquire and Debra Dyleski-Najjar, Esq. via ECF.

                                            __/s/ Brian E. Lewis_____
                                            Brian E. Lewis