AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Joseph Maher

V.

GSI Lumonics, Inc and
Charles Winston

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12367EHF

FILED
CLERKS OFFICE
2005 FEB -8  P 12: 44
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

Charles Winston
c/o Daniel J. Lyne, Esq.
Hanify and King
One Beacon Street
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Martha M. Wishart
McKenzie & Associates, P.C.
44 School Street
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  FEB - 4 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE February 4, 2005 |
| NAME OF SERVER (PRINT) Martha M. Wishart | TITLE attorney for plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By agreement of the parties, said service being accepted on behalf of the defendant, Charles Winston, by his attorney, Daniel J. Lyne
Accepted: _____
Daniel J. Lyne, Esq.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.