UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -8  P 12: 44

U.S. DISTRICT COURT
DISTRICT OF MASS

JOSEPH MAHER,

    Plaintiff,

v.

GSI LUMONICS INC. and
CHARLES WINSTON

    Defendants.

CIVIL ACTION NO. 04-12367-EFH

## MOTION TO EXTEND TIME TO ANSWER, RESPOND OR OTHERWISE PLEAD TO COMPLAINT

Now comes the individual defendant, Charles D. Winston and moves to extend the time within which to answer, respond or otherwise plead to the Complaint in the above captioned action until thirty (30) days after the Court has ruled on the pending Motion to Dismiss filed by the co-defendant, GSI Lumonics Inc. The plaintiff, Joseph Maher, assents to this motion.

CHARLES D. WINSTON
By his attorney,

Daniel J. Lynd ((BBO # 309290)
Hanify & King, Professional Corp.
One Beacon Street
Boston, MA 02108-3107
(617) 423-0400

ASSENTED TO:

Martha M. Wishart (BBO #556694)
McKenzie & Associates, P.C.
44 School Street, Suite 1100
Boston, MA 02108-4201
(617) 723-0400

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL HAND ON 2/7/05