UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH MAHER,
    Plaintiff,

v.

GSI LUMONICS, INC.
And CHARLES WINSTON
    Defendants

CIVIL ACTION NO.  04-12367-EHF

**PLAINTIFF'S MOTION THE BE ALLOWED
TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES**

    The plaintiff hereby moves to be allowed to file a memorandum in excess of twenty pages in response to Defendant, GSI's Motion for Summary Judgment.  As grounds therefore, the plaintiff states that there are several novel and complex legal issues involved in the matter which require extensive explanation.

    Respectfully submitted,
    Joseph Maher,
    By his Attorneys,

Dated:  February 18, 2005    /S/ Martha M. Wishart
    Martha M. Wishart (BBO No. 556694)
    McKenzie & Associates, P.C.
    44 School Street, Suite 1100
    Boston, MA  02108
    (617) 723-0400

**CERTIFICATE OF SERVICE**

    I, Martha M. Wishart, attorney for the Plaintiff in the above matter, hereby certify that on this 18th day of February, 2005, I caused a copy of the foregoing to be served electronically upon Doreen M. Zankoswi, Esq.; Debra Dyleski-Najjar, Esq. and

Daniel Lyne, Esq. electronically via ECF.

    /S/ Martha M. Wishart_____
Martha M. Wishart