UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MAHER, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>GSI LUMONICS, INC., )<br>)<br>Defendant. )<br>) | Docket No. 04CV-12367-EFH |

## NOTICE OF APPEARANCE

Please enter an appearance on behalf of Defendant GSI Lumonics, Inc. for the following attorneys:

    Doreen M. Zankowski, BBO #558381
    Brian E. Lewis, BBO #643717
    HINCKLEY ALLEN SNYDER LLP
    28 State Street
    Boston, MA 02109
    (617) 345-9000

    Respectfully submitted,
    **GSI LUMONICS, INC.,**
    By its attorneys,

    /s/ Doreen M. Zankowski
    Doreen M. Zankowski, BBO #558381
    Brian E. Lewis, BBO #643717
    HINCKLEY, ALLEN & SNYDER LLP
    28 State Street
    Boston, MA 02109
    Phone: (617) 345-9000

Dated: February 22, 2005

518754

1

## CERTIFICATE OF SERVICE

I, Doreen M. Zankowski, Esq., hereby certify that on the 22nd day of February, 2005, I caused a copy of the foregoing to be served electronically, on Martha Wishart, Esquire and Debra Dyleski-Najjar, Esq. via ECF.

                                            /s/ Doreen M. Zankowski
                                            Doreen M. Zankowski