UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MAHER,<br>        Plaintiff,<br><br>v.<br><br>GSI LUMONICS, INC.<br>And CHARLES WINSTON<br>        Defendants | CIVIL ACTION NO. 04-12367-EHF |

## PLAINTIFF'S NOTICE OF APPEAL

The plaintiff, Joseph Maher, hereby appeals from the judgment of the Court allowing the motion of GSI Lumonics, Inc. for Summary Judgment, entered on March 3, 2005.

                                                        Respectfully submitted,
                                                        Joseph Maher,
                                                        By his Attorneys,

Dated:  March 23, 2005                  /S/ Martha M. Wishart
                                                        Martha M. Wishart (BBO No. 556694)
                                                        McKenzie & Associates, P.C.
                                                        44 School Street, Suite 1100
                                                        Boston, MA  02108
                                                        (617) 723-0400

## CERTIFICATE OF SERVICE

      I, Martha M. Wishart, attorney for the Plaintiff in the above matter, hereby certify that on this 23rd day of March, 2005, I caused a copy of the foregoing to be served electronically upon Doreen M. Zankoswi, Esq.; Debra Dyleski-Najjar, Esq. and Daniel Lyne, Esq. electronically via ECF.

    /S/_Martha M. Wishart_____
    Martha M. Wishart