UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MAHER,<br>     Plaintiff,<br><br>v.<br><br>GSI LUMONICS, INC.<br>And CHARLES WINSTON<br>     Defendants | CIVIL ACTION NO.  04-12367-EHF |

## PLAINTIFF'S NOTICE OF DISMISSAL OF CHARLES WINSTON

The plaintiff, Joseph Maher, hereby dismisses Count III of his Complaint against Charles Winston with prejudice.

                                                                                         Respectfully submitted,
                                                                                         Joseph Maher,
                                                                                         By his Attorneys,

Dated:   March 24, 2005                   /S/ Martha M. Wishart
                                                               Martha M. Wishart (BBO No. 556694)
                                                               McKenzie & Associates, P.C.
                                                               44 School Street, Suite 1100
                                                               Boston, MA  02108
                                                               (617) 723-0400

**CERTIFICATE OF SERVICE**

   I, Martha M. Wishart, attorney for the Plaintiff in the above matter, hereby certify that on this 23rd day of March, 2005, I caused a copy of the foregoing to be served electronically upon Doreen M. Zankoswi, Esq.; Debra Dyleski-Najjar, Esq. and Daniel Lyne, Esq. electronically via ECF.

   /S/ Martha M. Wishart_____
   Martha M. Wishart