# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12367

Joseph Maher

v.

GSI Lumonics, Inc., et al

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/23/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 28, 2005.

Tony Anastas, Clerk of Court

By _/s/ Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __3/29/05__

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12367-EFH

| | |
|---|---|
| Maher v. GSI Lumonics, Inc. et al | Date Filed: 11/08/2004 |
| Assigned to: Judge Edward F. Harrington | Jury Demand: Plaintiff |
| Cause: 42:2000 Job Discrimination (Race) | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Joseph Maher**  represented by  **Martha M. Wishart**
McKenzie & Associates, P.C.
44 School Street
Boston, MA 02108
617-723-0400
Fax: 617-723-7234
Email: mwishart@mckenzieassociatespc.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GSI Lumonics, Inc.**  represented by  **Debra Dyleski-Najjar**
The Wagner Law Group, PC
One Financial Center
Boston, MA 02111
617/357-5200
Fax: 617 357-5250
Email: dnajjar@mwagner.net
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Doreen M. Zankowski**
Hinckley, Allen and Snyder, LLP
28 State Street
29th Fl.
Boston, MA 02109-1775
617-345-9000
Fax: 617-345-9020
Email: dzankowski@haslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian E. Lewis**
Hinckley, Allen and Snyder, LLP
28 State Street
Boston, MA 02109
617/345-9000
Fax: 617/345-9020
Email: blewis@haslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Winston**　　represented by　**Daniel J. Lyne**
Hanify & King
Professional Corporation
One Beacon Street
Boston, MA 02108-3107
617-423-0400
Fax: 617-305-0663
Email: djl@hanify.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| 11/08/2004 | 1 | NOTICE OF REMOVAL by Joseph Maher from Essex Superior, case number ESCV 2004-0160B. $150, receipt number 59931, filed by Joseph Maher. (Attachments: # 1 Exhibit A# 2 civil cover sheet) (Holahan, Sandra) (Entered: 11/10/2004) |
|---|---|---|
| 11/08/2004 | 2 | CORPORATE DISCLOSURE STATEMENT by GSI Lumonics, Inc.. (Holahan, Sandra) (Entered: 11/10/2004) |
| 11/08/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge COLLINGS. (Holahan, Sandra) (Entered: 12/30/2004) |
| 11/11/2004 | 3 | ANSWER to Complaint (Notice of Removal) by GSI Lumonics, Inc.. (Dyleski-Najjar, Debra) (Entered: 11/11/2004) |
| 11/16/2004 | 4 | NOTICE of Scheduling Conference Scheduling Conference set for 1/11/2005 02:00 PM in Courtroom 13 before Edward F. Harrington. (Holahan, Sandra) (Entered: 11/16/2004) |
| 11/29/2004 | 5 | STATE COURT Record. (Bell, Marie) (Entered: 12/01/2004) |
| 01/04/2005 | 6 | JOINT STATEMENT re scheduling conference. (Holahan, Sandra) (Entered: 01/13/2005) |
| 01/11/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Edward F. Harrington : Scheduling Conference held on 1/11/2005. Counsel for both parties appear; Plaintiff has 30 days to serve second defendant; Counsel for defendant to file motion for S/J by end of January; If needed, a status conference will be held after motion for S/J is ruled upon; (Court Reporter none.) (Holahan, Sandra) (Entered: 01/11/2005) |
| 01/25/2005 | 7 | Assented to MOTION for Extension of Time to February 7, 2005 to File *Summary Judgment Motion* |

| | | |
|---|---|---|
| | | by GSI Lumonics, Inc..(Dyleski-Najjar, Debra) (Entered: 01/25/2005) |
| 01/27/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 7 Motion for Extension of Time to File. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 02/08/2005) |
| 02/07/2005 | 8 | MOTION for Summary Judgment by GSI Lumonics, Inc.. (Attachments: # 1 # 2 Exhibit Order of the Court in Maher I# 3 # 4)(Dyleski-Najjar, Debra) (Entered: 02/07/2005) |
| 02/08/2005 | 9 | NOTICE of Appearance by Brian E. Lewis on behalf of GSI Lumonics, Inc. (Lewis, Brian) (Entered: 02/08/2005) |
| 02/08/2005 | 10 | SUMMONS Returned Executed Charles Winston served on 2/4/2005, answer due 2/24/2005. (Holahan, Sandra) (Entered: 02/14/2005) |
| 02/08/2005 | 11 | ASSENTED MOTION for Extension of Time to 30 days after ruling on motion for S/J to respond to complaint by Charles Winston.(Holahan, Sandra) (Entered: 02/14/2005) |
| 02/15/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 11 Motion for Extension of Time. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 02/15/2005) |
| 02/19/2005 | 12 | MOTION for Leave to File Excess Pages by Joseph Maher.(Wishart, Martha) (Entered: 02/19/2005) |
| 02/19/2005 | 13 | Opposition re 8 MOTION for Summary Judgment *Response to Defendants Statement of Material Facts* filed by Joseph Maher. (Wishart, Martha) (Entered: 02/19/2005) |
| 02/20/2005 | 14 | Opposition re 8 MOTION for Summary Judgment filed by Joseph Maher. (Wishart, Martha) (Entered: 02/20/2005) |

| 02/22/2005 | 15 | NOTICE of Appearance by Doreen M. Zankowski on behalf of GSI Lumonics, Inc. (Zankowski, Doreen) (Entered: 02/22/2005) |
|---|---|---|
| 02/22/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 12 Motion for Leave to File Excess Pages. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 02/24/2005) |
| 02/28/2005 | 16 | Judge Edward F. Harrington : Electronic MEMORANDUM AND ORDER entered granting 8 Motion for Summary Judgment. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 03/03/2005) |
| 03/23/2005 | 17 | NOTICE OF APPEAL as to 16 Order on Motion for Summary Judgment by Joseph Maher. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/12/2005. (Wishart, Martha) (Entered: 03/23/2005) |
| 03/24/2005 | 18 | NOTICE of Voluntary Dismissal by Joseph Maher (Wishart, Martha) (Entered: 03/24/2005) |