UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MAHER,<br>    Plaintiff,<br><br>v.<br><br>GSI LUMONICS, INC.<br>And CHARLES WINSTON<br>    Defendants | CIVIL ACTION NO. 04-12367-EHF |

## PLAINTIFF'S NOTICE OF APPEAL

The plaintiff, Joseph Maher, hereby appeals from the judgment of the Court allowing the motion of GSI Lumonics, Inc. for Summary Judgment, entered on March 3, 2005, cased being closed on March 29, 2005, following the voluntary dismissal of Charles Winston.

Respectfully submitted,

Joseph Maher,
By his Attorneys,

Dated: April 1, 2005          /S/ Martha M. Wishart
                              Martha M. Wishart (BBO No. 556694)
                              McKenzie & Associates, P.C.
                              44 School Street, Suite 1100
                              Boston, MA  02108
                              (617) 723-0400

## CERTIFICATE OF SERVICE

      I, Martha M. Wishart, attorney for the Plaintiff in the above matter, hereby certify that on this 1st day of April, 2005, I caused a copy of the foregoing to be served electronically upon Doreen M. Zankoswi, Esq.; Debra Dyleski-Najjar, Esq. and Daniel Lyne, Esq. electronically via ECF.

      /S/_Martha M. Wishart_____
      Martha M. Wishart