# United States Court of Appeals
## For the First Circuit

No. 05-1459

**MANDATE**

CA:04-12367
J. Harrington
Papers
retained
for 05-1509

JOSEPH MAHER,
Plaintiff, Appellant,

v.

GSI LUMONICS, INC.,
Defendant, Appellee,

---

CHARLES WINSTON, JR.,
Defendant.

---

**JUDGMENT**

Entered: May 2, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Plaintiff's appeal shall proceed under No. 05-1509.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: MAY 02 2005

By the Court:

Richard Cushing Donovan, Clerk

By _____MARGARET CARTER_____
Chief Deputy Clerk.

[cc: Ms. Wishart, Ms. Dyleski-Najjar, Ms. Zankowski, Messrs: Maher, Lewis and Lyne]