# United States Court of Appeals
## For the First Circuit

No. 05-1471

**MANDATE**

JOSEPH MAHER,
Plaintiff, Appellant,

v.

GSL LUMONICS, INC.,
Defendant, Appellee,

---

CHARLES WINSTON,
Defendant.

---

**JUDGMENT**

Entered: May 2, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Plaintiff's appeal shall proceed under No. 05-1509.

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By_____MARGARET CARTER_____
Chief Deputy Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

/s/ Deputy Clerk

Date: MAY 02 2005

[cc: Ms. Wishart, Ms. Dyleski-Najjar, Ms. Zankowski, Messrs: Maher, Lewis and Lyne]

*[Handwritten annotations: CA:04-12367 / J. Harrington / papers retained / for 05-1509]*