# United States Court of Appeals
## For the First Circuit



No. 05-1509

JOSEPH MAHER,

Plaintiff, Appellant,

v.

GSI LUMONICS, INC.,

Defendant, Appellee.

---

CHARLES WINSTON,

Defendant.

---

**JUDGMENT**

Entered: December 28, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment in favor of GSI Lumonics, Inc., based on res judicata is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JAN 18 2006

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Ms. Wishart, Ms. Zankowski, & Mr. Lewis.]