# United States Court of Appeals
## For the First Circuit

No. 05-1509

JOSEPH MAHER,
Plaintiff, Appellant,

v.

GSL LUMONICS, INC.,
Defendant, Appellee,

CHARLES WINSTON,
Defendant.

TAXATION OF COSTS

Entered: January 23, 2006

Costs in favor of **appellee, GSI Lumonics, Inc.** are taxed as follows:

Reproduction of brief:
[(26 pages x $0.10 per page) + $0.20 per cover and $2.25 binding] x 11 copies =   $55.55

**TOTAL**                                  $55.55

Pursuant to Fed. R. App. P. 39 (d)(3), the District Court is directed to add this taxation of costs to the mandate issued on January 18, 2006.

By the Court:

Richard Cushing Donovan, Clerk

By:_____
Operations Manager.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By:_____ Date: 1-23-6

[Cert. cc: Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Lewis, Ms. Wishart and Ms. Zankowski]